

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Pecan Valley Mental Health Mental
Retardation Region operating as
Pecan Valley Centers for Behavioral
and Developmental Healthcare,

* From the 266th District Court
  of Erath County,
  Trial Court No. 23CVDC-00026.

Vs. No. 11-23-00114-CV

* November 2, 2023

Jane Doe,

* Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we render judgment dismissing Doe's suit against Appellant for lack of subject-matter jurisdiction. The costs incurred by reason of this appeal are taxed against Jane Doe.